HONORABLE RICHARD A. JONES

1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9
10
11
12
13
14
15

FANTASTIC SAMS FRANCHISE
CORPORATION, a Delaware corporation

          Plaintiff,

     vs.

REGIS CORPORATION, a Minnesota
corporation; JANCORPORATION, INC., a
Washington corporation; THOMAS HUNTER
and JAN ELLIOTT HUNTER, husband and
wife and their marital community

          Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION No. C08-0706 RAJ

**NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL**

16
17

TO:          The Clerk of the Court

18

AND TO:      All Parties of Record

19
20
21
22
23
24

PLEASE TAKE NOTICE that Guy Jeffrey Sternal and Leland Clay Selby, Jr. of Eisenhower & Carlson hereby withdraw as counsel, and Peter Ehrlichman and Robert N. Crowley of Dorsey & Whitney, LLP are hereby substituted as counsel of record for Defendants JanCorporation, Inc., Thomas Hunter and Jan Elliott Hunter.  All future papers and pleadings herein, except original process, should be served upon them at the address set forth below.

25

**DORSEY & WHITNEY LLP**
U.S. BANK CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WA 98101-4010
PHONE: (206) 903-8800
FAX: (206) 903-8820

1

DATED this 5th day of August, 2008.

2

3    WITHDRAWING COUNSEL                      SUBSTITUTING COUNSEL

4    EISENHOWER & CARLSON                     DORSEY & WHITNEY LLP

5

6       /s/ Leland Clay Selby, Jr.               /s/ Peter Ehrlichman
     LELAND CLAY SELBY, JR. #26049           PETER EHRLICHMAN #6591
7                                            ROBERT N. CROWLEY #37953
                                             EHRLICHMAN.PETER@DORSEY.COM
8       /s/ Guy Jeffrey Sternal              DUVALL.GARY@DORSEY.COM
     GUY JEFFREY STERNAL #18671              U.S. Bank Centre
9                                            1420 Fifth Avenue, Suite 3400
                                             Seattle, WA 98101-4010
10                                           Telephone:  (206) 903-8800
                                             Facsimile:  (206) 903-8820
11

12                                           Attorneys for Defendants
                                             JANCORPORATION, INC., THOMAS
13                                           HUNTER and JAN ELLIOTT HUNTER

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL -2-
C08-0706 RAJ
4812-3240-9858\1  7/30/2008 11:34 AM

DORSEY & WHITNEY LLP
U.S. BANK CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WA 98101-4010
PHONE: (206) 903-8800
FAX: (206) 903-8820